UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| MARVIN CHARLES GABRION<br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF<br>JUSTICE AND UNITED STATES<br>BUREAU OF PRISONS,<br><br>　　　　Defendant. | )<br>)<br>)<br>)   2:15-CV-00024-WTL-WGH<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **APPEARANCE**

TO: CLERK OF COURT

　　Please enter the appearance of Joseph M. Cleary, Indiana Federal Community Defenders, Inc., as attorney for the Plaintiff.

Dated: February 2, 2015

　　　　　　　　　　　　　　　　　　*/S/Joseph M. Cleary*
　　　　　　　　　　　　　　　　　　Joseph M. Cleary
　　　　　　　　　　　　　　　　　　Indiana Federal Community Defenders, Inc.
　　　　　　　　　　　　　　　　　　111 Monument Circle, Ste. 2150
　　　　　　　　　　　　　　　　　　Indianapolis, IN 46204-5172
　　　　　　　　　　　　　　　　　　(317) 383-3520


## **CERTIFICATE OF SERVICE**

　　I certify a copy of the foregoing was filed electronically.   Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

　　　　　　　　　　　　　　　　　　*/S/ Joseph M.Cleary*
　　　　　　　　　　　　　　　　　　Joseph M. Cleary