UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| MARVIN GABRION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 2:15-cv-00024-WTL-WGH |
| | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| JUSTICE and UNITED STATES | ) | |
| BUREAU OF PRISONS, | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STIPULATION OF REMAINING MATERIALS AT ISSUE**

Pursuant to this Court's October 23, 2015, Order (Docket No. 32), the parties, Plaintiff

Marvin Gabrion and Defendants, the United States Department of Justice and the Bureau of

Prisons, by counsel, stipulate that the only materials that remain at issue in this action under the

Freedom of Information Act are the materials included in groups one through twenty-one,

including all subgroups, in the attached *Vaughn* Index, revised on October 15, 2015.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By:     *s/ Gina M. Shields*
        Gina M. Shields
        Assistant United States Attorney
        *Counsel for Defendants*

        *s/ Scott Graham* (with permission)
        Scott Graham
        Scott Graham PLLC

        *s/ Joseph M. Cleary* (with permission)
        Joseph M. Cleary
        Indiana Federal Community Defenders
        *Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 12, 2015, a copy of the foregoing *Joint Stipulation of Remaining Documents at Issue* was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Joseph M. Cleary
Indiana Federal Community Defenders
joe_cleary@fd.org

Scott Graham
Scott Graham PLLC
sgraham@scottgrahampllc.com


<u>*s/ Gina M. Shields*</u>
Gina M. Shields
Assistant United States Attorney


Office of the United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, IN 46204