# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# TERRE HAUTE DIVISION

MARVIN CHARLES GABRION
Registration Number: 09184-055,   Docket No. 2:15-cv-00024-WTL-WGH

    Plaintiff,

v

UNITED STATES DEPARTMENT OF
JUSTICE AND UNITED STATES BUREAU
OF PRISONS,

    Defendants.

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiff moves this Court to enter summary judgment on the Complaint, in favor of Plaintiff and against Defendants, United States Department of Justice and United States Bureau of Prisons, pursuant to F.R. Civ.P. 56(c).

A brief and exhibits supporting this motion are attached.

Date: December 28, 2015    By:   s/ Scott Graham
                                                Scott Graham
                                              Attorney for Plaintiff
                                        Business Address:
                                              SCOTT GRAHAM PLLC
                                              1911 West Centre Avenue, Suite C
                                              Portage, Michigan 49024
                                              Telephone: (269) 327.0585
                                              Facsimile:  (269) 327.0811
                                              sgraham@scottgrahampllc.com

## CERTIFICATE OF SERVICE

      I hereby certify that on December 28, 2015, a copy of the foregoing Plaintiff's Motion for Summary Judgment was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

Date: December 28, 2015        By:    s/ Scott Graham
                                                         Scott Graham
                                                         Attorney for Plaintiff
                                       Business Address:
                                                         SCOTT GRAHAM PLLC
                                                         1911 West Centre Avenue, Suite C
                                                         Portage, Michigan 49024
                                                         Telephone: (269) 327.0585
                                                         Facsimile:  (269) 327.0811
                                                         sgraham@scottgrahampllc.com