## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## TERRE HAUTE DIVISION

MARVIN CHARLES GABRION
Registration Number: 09184-055,            Docket No. 2:15-cv-00024-WTL-WGH

      Plaintiff,

v

UNITED STATES DEPARTMENT OF
JUSTICE AND UNITED STATES BUREAU
OF PRISONS,

      Defendants.

## PLAINTIFF'S MOTION TO MAINTAIN DOCUMENT (DKT. NO. 40-1) UNDER SEAL

      Plaintiff, through counsel, moves this Court pursuant to Local Civil Rule 5-11(d)(2)(A) to maintain Exhibit 1 to Plaintiff's Motion for Summary Judgment (Dkt. No. 40-1) under seal. Exhibit 1 contains a personal identification reference; therefore, counsel requests that Exhibit 1 remain under seal. Further, pursuant to Local Civil Rule 5-11(d)(2)(C), counsel will serve an unredacted and complete version of the document upon all counsel of record.

Date: December 30, 2015          By:   s/ Scott Graham
                                                       Scott Graham
                                                       Attorney for Plaintiff
                                           Business Address:
                                                  SCOTT GRAHAM PLLC
                                                  1911 West Centre Avenue, Suite C
                                                  Portage, Michigan 49024
                                                  Telephone: (269) 327.0585
                                                  Facsimile:  (269) 327.0811
                                                  sgraham@scottgrahampllc.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 30, 2015, a copy of the foregoing Plaintiff's Motion to Maintain Document (Dkt. No. 40-1) Under Seal was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

Date: December 30, 2015         By:     s/ Scott Graham
                                                 Scott Graham
                                                 Attorney for Plaintiff
                                       Business Address:
                                                 SCOTT GRAHAM PLLC
                                                 1911 West Centre Avenue, Suite C
                                                 Portage, Michigan 49024
                                                 Telephone: (269) 327.0585
                                                 Facsimile:  (269) 327.0811
                                                 sgraham@scottgrahampllc.com