**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

RECEIVED
2015 JAN 29  PM 12:39
SO. INDPLS., INDIANA

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| MARVIN GABRION | 2:15-cv-24-WTL-WGH |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES BUREAU OF PRISONS | Entry, Summons, Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
United States Bureau of Prisons
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
320 First Street, NW, Washington DC 20534

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Scott Graham
1911 West Centre Avenue, Suite C
Portage, MI 49024

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 317-229-3700
DATE: 1/29/15

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 3 | No. 028 | No. 028 | | 1/30/2015 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

FILED
FEB 05 2016
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

Date: 2/4/16   Time: 4:15 ☒ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 8.00 | | | 8.00 | | $0.00 |

REMARKS:
cm: 7012 3460 0003 3462 9659

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

USPS.com® - USPS Tracking®

Page 1 of 2

| English | Customer Service | USPS Mobile | | Register / Sign In |

**USPS.COM**

# USPS Tracking®


Customer Service ›
Have questions? We're here to help.


Get Easy Tracking Updates ›
Sign up for My USPS.

Tracking Number: 70123460000334629659

Updated Delivery Day: Monday, February 9, 2015

## Product & Tracking Information

Available Actions

Postal Product:  
Features:  
Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| February 9, 2015 , 7:45 am | Delivered | WASHINGTON, DC 20534 |

Your item was delivered at 7:45 am on February 9, 2015 in WASHINGTON, DC 20534.

| February 9, 2015 , 7:38 am | Out for Delivery | WASHINGTON, DC 20018 |